# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
08/04/2021
CT Log Number 540018902

| | |
|---|---|
| **TO:** | Sue Carlson<br>Target Corporation<br>1000 NICOLLET MALL<br>MINNEAPOLIS, MN 55403-2542 |
| **RE:** | **Process Served in Massachusetts** |
| **FOR:** | Target Corporation  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JENNIFER SOLIMINO, PLTF. vs. TARGET CORPORATION, DFT. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2177CV00684 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boston, MA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/04/2021 at 10:40 |
| **JURISDICTION SERVED :** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/04/2021, Expected Purge Date: 08/09/2021<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>155 Federal Street<br>Suite 700<br>Boston, MA 02110<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / AA



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Aug 4, 2021

**Server Name:** Drop Service

| Entity Served | TARGET CORPORATION |
|---|---|
| Case Number | 2177CV00684 |
| Jurisdiction | MA |



(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - (TORT) - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                                 SUPERIOR COURT
                                                                           CIVIL ACTION
                                                                           No. 2177CV00684

JENNIFER SOLIMINO
........................................................................................., Plaintiff(s)

v.

TARGET CORPORATION
........................................................................................., Defendant(s)

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon  Cavan S. Boyle, Esq.  , plaintiff's attorney, whose address is  55 Ginty Blvd., Haverhill MA 01830  , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at  Salem  either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the 21st day of July, in the year of our Lord two thousand twenty one.

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

A true copy Attest: *Joseph P Casey*
Deputy Sheriff Suffolk County
8-4-21

# PROOF OF SERVICE OF PROCESS

    I hereby certify and return that on _____, 20____, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

Dated: _____, 20____.    _____

N.B.    TO PROCESS SERVER:-
        PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN
        THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

|  |
|---|
| , 20 . |

2100 7282

---

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.    SUPERIOR COURT
CIVIL ACTION
No. 2177CV00684

JENNIFER SOLIMINO

Plaintiff(s)

v.

TARGET CORPORATION

Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                                          ESSEX SUPERIOR COURT
                                                    CIVIL ACTION NO. 2177CV00684

JENNIFER SOLIMINO,                       )
Plaintiff                                )
                                         )
v.                                       )
                                         )
TARGET CORPORATION,                      )
Defendant                                )

### COMPLAINT

1. The plaintiff is a resident of Haverhill, Essex County, Massachusetts.

2. The defendant Target Corporation is a Minnesota corporation having a principal place of business at 1000 Nicollet Mall, Minneapolis, MN 55403, and does business in Massachusetts, with a registered agent for service, CT Corporation System, 155 Federal Street, Suite 700, Boston, Massachusetts 02110.

3. On or about September 16, 2019 the plaintiff, a business invitee, was lawfully and in the exercise of due care on the premises known as Target located at 101 Commerce Way, Woburn, MA owned and/or controlled by the defendant, when she slipped and fell on a wet floor in the dairy/produce section of the store resulting in serious bodily injuries.

4. The defendant, its agents, servants and/or employees were negligent in a manner including, but not limited to, the following:

    a. Negligence in failing to keep the area in a reasonably safe condition.

    b. Negligence in failing to inspect the area.

    c. Negligence in maintaining the area causing a dangerous condition to exist.

    d. Negligence in failing to warn the plaintiff of the dangerous condition of the area.

    e. Negligence in failing to inspect and maintain the area to keep it in a safe condition.

5. As a direct and proximate result of the negligence of the defendant the plaintiff suffered serious personal injuries, including pain and suffering, has incurred expenses for medical treatment and hospital services, and has suffered a loss of earning capacity and/or lost wages.

Wherefore, the plaintiff demands judgment against the defendant in an amount to be determined by the court.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES AND AS TO ALL COUNTS**

Respectfully submitted,
Plaintiff by her attorneys,

Date: 6/28/21

Cavan S. Boyle, BBO #689040
FINBURY & SULLIVAN, P.C.
55 Ginty Boulevard
Haverhill, MA 01830
(978) 374-4736
FAX: (978) 521-5307
cboyle@finburylaw.com

Date: 6/28/21

Gina T. Dussi, BBO #546354
FINBURY & SULLIVAN, P.C.
55 Ginty Boulevard
Haverhill, MA 01830
(978) 374-4736
FAX: (978) 521-5307
gdussi@finburylaw.com

| | | |
|---|---|---|
| **CIVIL ACTION COVER SHEET** | DOCKET NUMBER | **Trial Court of Massachusetts** <br> **The Superior Court** |
| | | COUNTY: Essex Superior Court (Lawrence) |
| **Plaintiff** Jennifer Solimino | | **Defendant:** Target Corporation |
| ADDRESS: 65 Freeman Street <br> Haverhill, MA 01832 | | ADDRESS: 101 Commerce Way <br> Woburn, MA 01801 |
| **Plaintiff Attorney:** Cavan S. Boyle, Esq. | | **Defendant Attorney:** |
| ADDRESS: Finbury & Sullivan, P.C. <br> 55 Ginty Boulevard <br> Haverhill, MA 01830 | | ADDRESS: |
| BBO: 689040 | | BBO: |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B-20 | Personal Injury - Slip & Fall | F | ☒ YES  ☐ NO |

*If "Other" please describe: _____

Is there a claim under G.L. c. 93A? ☐ YES  ☒ NO

Is there a class action under Mass. R. Civ. P. 23? ☐ YES  ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS

A. Documented medical expenses to date
  1. Total hospital expenses ........................................................ $39,624.49
  2. Total doctor expenses ........................................................ $9,179.00
  3. Total chiropractic expenses ........................................................
  4. Total physical therapy expenses ........................................................ $1,226.00
  5. Total other expenses (describe below)

  Subtotal (1-5): **$50,029.49**

B. Documented lost wages and compensation to date ........................................................ $3,795.00
C. Documented property damages to date ........................................................
D. Reasonably anticipated future medical and hospital expenses ........................................................
E. Reasonably anticipated lost wages ........................................................
F. Other documented items of damages (describe below)

TOTAL (A-F): **$53,824.49**

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X _____  Date: 6/30/21

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X _____  Date: 6/30/21

## CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| | |
|---|---|
| AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A05 Consumer Revolving Credit - M.R.C.P. 8.1 | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c. 231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death - Non-medical | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Summary Process (Real Property)

| | |
|---|---|
| S01 Summary Process - Residential | (X) |
| S02 Summary Process - Commercial/ Non-residential | (F) |

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10, § 28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c. 249, § 4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G.L. c. 93, § 9 | (A) |
| E07 Mass Antitrust Act, G.L. c. 93, § 8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12, § 11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) | (X) |
| E25 Pleural Registry (Asbestos cases) | |
| E94 Forfeiture, G.L. c. 265, § 56 | (X) |
| E95 Forfeiture, G.L. c. 94C, § 47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A, § 12 | (X) |
| E14 SDP Petition, G.L. c. 123A, § 9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c. 6, § 178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112, § 12S | (X) |

### TRANSFER YOUR SELECTION TO THE FACE SHEET

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF -** The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.**

**DUTY OF THE DEFENDANT -** If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

## A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
## FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
## MAY RESULT IN DISMISSAL OF THIS ACTION.

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2177CV00684 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Solimino, Jennifer vs. Target Corporation | | Thomas H. Driscoll, Jr., Clerk of Courts |
| TO: Cavan Boyle, Esq.<br>Finbury and Sullivan, P.C.<br>55 Ginty Boulevard<br>Haverhill, MA 01830-6124 | | COURT NAME & ADDRESS<br>Essex County Superior Court - Salem<br>J. Michael Ruane Judicial Center<br>56 Federal Street<br>Salem, MA 01970 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                                                      **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 09/28/2021 | |
| Response to the complaint filed (also see MRCP 12) | | 10/28/2021 | |
| All motions under MRCP 12, 19, and 20 | 10/28/2021 | 11/29/2021 | 12/27/2021 |
| All motions under MRCP 15 | 10/28/2021 | 11/29/2021 | 12/27/2021 |
| All discovery requests and depositions served and non-expert depositions completed | 04/26/2022 | | |
| All motions under MRCP 56 | 05/26/2022 | 06/27/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/24/2022 |
| Case shall be resolved and judgment shall issue by | | | 06/30/2023 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 06/30/2021 | Jose Mejia | (978)825-4800 |

Date/Time Printed: 06-30-2021 14:42:14                                                       SCV026 08/2016

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - (TORT) - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2177CV00684

JENNIFER SOLIMINO
......................................................................................................., Plaintiff(s)

v.

TARGET CORPORATION
......................................................................................................., Defendant(s)

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon ___Cavan S. Boyle, Esq.___, plaintiff's attorney, whose address is ___55 Ginty Blvd., Haverhill MA 01830___, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ___Salem___ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

FILED
ESSEX SUPERIOR COURT
21 AUG 16 AM 11:46

WITNESS, Judith Fabricant, Esquire, at Salem, the 21st day of July, in the year of our Lord two thousand twenty one.

Thomas H. Driscoll Jr.
*Clerk*

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20 ___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

Dated: _____, 20 ___.  _____

N.B. TO PROCESS SERVER:-

2100 7382

**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

August 4, 2021

I hereby certify and return that on 8/4/2021 at 9:00 AM I served a true and attested copy of the Summons, Complaint, Interrogatories, Request for Production of Documents, Cover Sheet, Tracking Order in this action in the following manner: To wit, by delivering in hand to Ross Depina , agent, person in charge at the time of service for Target Corporation, at CT Corporation Systems 155 Federal Street Suite 700 Boston, MA 02110 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($13.12) Total: $49.42

Deputy Sheriff  Joseph Casey

*Joseph P Casey*

*Deputy Sheriff*

---

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
CIVIL ACTION
No. 2177CV00684

ESSEX, ss.

JENNIFER SOLIMINO
Plaintiff(s)

v.

TARGET CORPORATION
Defendant(s)

**SUMMONS**
(Mass. R. Civ. P. 4)